ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendant, Jennifer Velez, Commissioner
    of the Department of Human Services

By:  Beth Leigh Mitchell
     Deputy Attorney General
     (609) 292-5938

     Gerard Hughes
     Deputy Attorney General
     (609) 341-5096

     Laurie Tompkins
     Deputy Attorney General
     (609) 292-6120

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| DISABILITY RIGHTS NEW JERSEY, A New Jersey Non-profit Corporation, | HON. FREDA L. WOLFSON, U.S.D.J |
| | Civil Action No. 05-1784 (FLW) |
| Plaintiff, | |
| v. | **STIPULATION OF VOLUNTARY DISMISSAL** |
| JENNIFER VELEZ, In Her Official Capacity as Commissioner of Human Services for the State of New Jersey, | |
| Defendant. | |

WHEREAS Disability Rights New Jersey filed this lawsuit in the United States District Court for the District of New Jersey captioned *Disability Rights v. Jennifer Velez, in Her Official Capacity as Commissioner of Human Services for the State of New Jersey*, Civil Action No. 05-1784; and

WHEREAS, Plaintiff, Disability Rights New Jersey, and Defendant, Jennifer Velez, in Her Official Capacity as Commissioner of the New Jersey Department of Human Services, have agreed to settle and resolve all claims in this action;

IT IS HEREBY STIPULATED AND AGREED that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action and the claims asserted herein against the Defendant shall be conditionally dismissed under the terms of the Parties' settlement agreement in this matter; and

IT IS FURTHER STIPULATED AND AGREED that this case will remain on the Court's inactive docket during the term of this Agreement as a means of ensuring compliance of the Parties with the Agreement, and shall be dismissed with prejudice at the conclusion of the term of this Agreement.

On behalf of Plaintiff,
Disability Rights New Jersey, Inc.

_____     7/29/09
Emmett Dwyer, Esq.                  DATE

On behalf of Jennifer Velez, Commissioner
of the Department of Human Services

    ANNE MILGRAM
    ATTORNEY GENERAL OF NEW JERSEY

by: _____     7/29/2009
    Beth Leigh Mitchell                  DATE
    Deputy Attorney General