The Judge David L.

# BAZELON CENTER
### for Mental Health Law
www.bazelon.org

BOARD OF TRUSTEES

Nikki Heidepriem, Chair
Heidepriem & Associates, LLC

Anita L. Allen
U. of Pennsylvania Law School

David B. Apatoff
Arnold & Porter

Samuel R. Bagenstos
University of Michigan Law School

Dana Bazelon
Defender Assoc. of Philadelphia

Eileen A. Bazelon
Department of Psychiatry, Drexel

Robert A. Burt
Yale Law School

Jacqueline Dryfoos
New York, NY

Kenneth R. Feinberg
Feinberg Rozen, LLP

Howard H. Goldman, MD
U. of Maryland School of Medicine

Jennifer A. Gundlach
Hofstra School of Law

Stephen J. Morse
U. of Pennsylvania Law School

Margaret E. O'Kane
NCQA

Joseph G. Perpich
JG Perpich, LLC

Harvey Rosenthal
NYAPRS

Elyn R. Saks
USC Gould School of Law

Martin Tolchin
Washington, DC

Sally Zinman
Berkeley, CA

HONORARY TRUSTEE

Miriam Bazelon Knox
1914-2011

TRUSTEES EMERITI

Mary Jane England
Regis College

Martha L. Minow
Harvard Law School

H. Rutherford Turnbull
Beach Center for Family & Disability

PRESIDENT & CEO

Robert Bernstein, PhD

*Affiliations for informational purposes only*

**IT IS SO ORDERED:**

_____ 12/8/14
FREDA L. WOLFSON, U.S.D.J.

**RECEIVED**

DEC - 8 2014

AT 8:30 _____ M
WILLIAM T. WALSH CLERK

November 26, 2014

Honorable Freda L. Wolfson, U.S.D.J.
Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:    Parties' agreement to extend term of Settlement Agreement**
*Disability Rights New Jersey v. Velez,* **Civil Action No. 05-1784**

Dear Judge Wolfson:

This joint letter is to notify the Court of the Parties' agreement to extend the term of the Settlement Agreement in this case.

The Settlement Agreement expires on November 30, 2014. *See* Settlement Agreement (Dkt. 69-2) at ¶ 25. As of the date of this letter Defendant has not met the placement targets (*see id.* at ¶ 5) in the Agreement and, after discussions with Consultant Martha Knisley (*see id.* at ¶ 10, *et seq.*), the Parties concluded that Defendant will not meet the placements targets by November 30, 2014. Accordingly, the Parties have negotiated an extension of the Settlement Agreement's expiration date until May 30, 2016,[1] by which date the Parties believe Defendant will be able to achieve substantial compliance.

Defendant has also created, with input from Plaintiff, a plan with specific action steps and timetables for achieving substantial compliance with the Agreement by May 30, 2016. After negotiations concerning certain terms, the parties have reached agreement on the plan.

It is our understanding that, pursuant to the Agreement at ¶¶ 2 and 17, this case will continue to remain on the Court's inactive docket during the extended term of the agreement, *see* note 1, *supra.*

---

[1] Plaintiff reserves the right to seek enforcement of the Agreement until 30 days after Defendant produces finalized data for the quarter ending May 30, 2016. Defendant usually produces finalized data several months after the end date for the quarter in question.

The Settlement Agreement requires any alterations, amendments or modifications to the Agreement to be in writing duly executed by the Parties. *See* Agreement at ¶ 24. The Parties consider this letter to the Court to constitute such a writing.

The Parties have agreed that Defendant will pay Plaintiff $50,000.00 in attorneys' fees and costs expended in monitoring Defendant's implementation of the Settlement Agreement over the last five years, and for monitoring until the end of the Agreement. The payment is not intended to reflect or confer prevailing party status on Plaintiff.

Should the Court have any questions or wish to speak to counsel, we would be happy to appear in person or by telephone.

Sincerely,

On behalf of Plaintiff
Disability Rights New Jersey:

Jennifer Mathis
Emily Read
Bazelon Center for Mental Health Law
1101 Fifteenth Street NW, Suite 1212
Washington, D.C. 20005
(202) 467-5730 ext. 313
*Attorneys for Plaintiff Disability Rights New Jersey*

On behalf of Defendant Jennifer Velez,
Commissioner of the Department of Human Services:

JOHN J. HOFFMAN, ACTING ATTORNEY GENERAL

Erick James Lucadamo
Deputy Attorney General
Division of Law, Health & Human Services Section
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625
(609) 341-3689
*Attorney for Defendant Jennifer Velez*

Joseph Young
Emmett Dwyer
Disability Rights New Jersey
210 S. Broad Street
Trenton, NJ 08608
(609) 292-9742
*Plaintiff*

Jennifer Velez
Commissioner
New Jersey Department of Human Services
222 South Warren Street
P.O. Box 700
Trenton, NJ 08625
(609) 292-3717
*Defendant*

2